UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HYER STANDARDS, LLC,

    Plaintiff,

v.                                        Case No. 18-C-701

SUPER G CAPITAL, LLC, *et al.*,

    Defendants.

## ORDER

This matter comes before the Court on Plaintiff's letter requesting that the Court reject Defendants' reply brief as untimely. ECF No. 20. As an initial matter, Plaintiff is reminded that requests for a court order need to be made by motion, not letter. Pursuant to Federal Rule of Civil Procedure 7(b)(1), "[a] request for a court order must be made by motion."

Regarding the content of Plaintiff's letter, Plaintiff is correct that Defendants reply brief was filed late. Plaintiff filed his brief in opposition on August 1, 2018. ECF No. 1. Pursuant to Civil Local Rule 7(c), the Defendants had fourteen days to file a timely reply brief. They did not file until August 21, 2018—six days past the August 15, 2018 deadline. ECF No. 19. That is not an insignificant amount of time, nor did Defendants file a motion requesting an extension to file.

**THEREFORE, IT IS HEREBY ORDERED** that within 14 days of the date of this order, Defendants shall show cause, if any, why their reply brief should not be struck for being filed late. If Defendants fail to respond within 14 days, their reply brief will be struck as untimely.

Dated this  27th  day of August, 2018.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach, Chief Judge
                                                        United States District Court